No. 84–5591.   COOLEY v. NIX, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 84–5592.   FERENC v. FLORIDA.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 84–5593.   BURTON v. AMERICAN DISTRICT TELEGRAPH Co.   C. A. 6th Cir.   Certiorari denied.

No. 84–5595.   FOSTER v. LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 84–5596.   CUNNINGHAM v. HOLLAND, WARDEN.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 84–5611.   DREW v. BRICE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–5612.   LARSEN v. MAGGIO, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 84–5654.   MCKINNEY v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 84–5658.   CULP v. UNITED STATES PAROLE COMMISSION.   C. A. 6th Cir.   Certiorari denied.

No. 84–5667.   DEBORDEZ v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 84–5669.   BERRIEL-OCHOA ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–5671.   HATTAWAY v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 84–5674.   BROWN v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 84–5686.   GAYNOR v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–5693.   BLACK v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.